Rocco Zotto, as Administrator, etc., of Vernarnda Zotto, Deceased, Respondent, v. Merkel Brothers, Inc., Appellant.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs. Plaintiff was not acting as the agent of his wife, the intestate, when he purchased the pork and there is consequently no privity of contract between the intestate and defendant. (*Chysky* v. *Drake Brothers Co.*, 235 N. Y. 468; *Redmond* v. *Borden's Farm Products Co., Inc.*, 245 id. 512; *Turner* v. *Edison Storage Battery Co.*, 248 id. 73; *Smith* v. *Hanson*, 228 App. Div. 634.) Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

Josephine Anderson Phillips, Appellant, v. Caspar Wistar Hodgson, Defendant. (Action No. 2.) Samuel Willig, Former Attorney, Respondent.— On argument, and upon consent, order reversed upon the law and the facts, without costs, and motion to direct Mackey & Marchisio to turn over to Samuel Willig all papers, documents and records, and to stay Mackey & Marchisio from proceeding further in the action, denied, without costs, upon condition that Mackey & Marchisio pay to Samuel Willig the sum of two hundred and fifty dollars within ten days from service of a copy of the order herein. In the event that such payment be not made, the order is affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur. Settle order on notice.

Louis H. Green, Respondent, v. Melrose Bond and Mortgage Corporation and Charles S. Levy, Appellants.— Motion for stay granted upon condition that appeal be argued on Friday, May 16, 1930; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

Emanuel Aufiero, Respondent, v. Adele Aufiero and Others, Appellants. American Trust Company, Defendant.— Motion to amend order dated April 21, 1930, denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

Harry S. Beard, as Committee of the Estate of William H. Beard, an Incompetent, Appellant, v. Tristram W. Metcalfe, Executor, etc., of Fortescue C. Metcalfe, Deceased, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

Armin Bencoe, Respondent, v. Robert E. McDonnell and Others, Appellants.— Motion for a stay of all proceedings on the part of the plaintiff pending appeal granted. No security will be required. If upon a review the order be affirmed, this court will determine whether or not the matter should be heard by the same referee. This phase of the case may be argued upon the record independently of any order of the Special Term granting or denying a motion for the substitution of a new referee. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

The Chase National Bank of The City of New York, as Trustee, etc.,